# IN THE UNITED STATES DISTRICT COURT
## OF THE EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | |
|---|---|
| RORY ALLEN GREGORY §<br>Plaintiff §<br> §<br>V. §<br> §<br>CHRISTUS ST. MICHAEL HOSPITAL, §<br>HEALTHSOUTH OF TEXARKANA, §<br>and JOHN DOE §<br>Defendants § | No. 5:16CV2-JRG-CMC |

## MEMORANDUM ORDER

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. No objections to the Report and Recommendation were filed. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is hereby

**ORDERED** that Defendant HealthSouth Rehabilitation Hospital of Texarkana's Motion to Dismiss Pursuant to FRCP 4(m) (Dkt. No. 22) and Defendant CHRISTUS St. Michael Hospital's Motion to Dismiss Pursuant to FRCP 4(m) (Dkt. No. 24) are **DENIED**.

**So ORDERED and SIGNED this 20th day of June, 2017.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE