IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **RORY ALLEN GREGORY** § | | |
| Plaintiff § | | |
| § | | |
| V. § | No. 5:16CV2-JRG-CMC | |
| § | | |
| **CHRISTUS ST. MICHAEL HOSPITAL,** § | | |
| **HEALTHSOUTH OF TEXARKANA,** § | | |
| **and JOHN DOE** § | | |
| Defendants § | | |

## MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. No objections were filed to the Report and Recommendation. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.

Accordingly, it is hereby

**ORDERED** that Plaintiff's above-referenced cause of action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**So ORDERED and SIGNED this 12th day of July, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE